UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATTIJO DANIELS and GARY DANIELS, for themselves and as parents of P.D., a minor,<br><br>                    Plaintiffs,<br>    v.<br><br>NORTHSHORE SCHOOL DISTRICT,<br><br>                    Defendant. | CASE NO. 2:21-cv-00580-LK<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DEADLINES |

This matter comes before the Court on the Motion to Extend Deadlines (Dkt. No. 17) by Plaintiffs Pattijo Daniels and Gary Daniels, for themselves and as parents of the minor, P.D.

The Court, having reviewed Plaintiffs' Motion and any/all exhibits, pleadings and documents filed in this matter, finds good cause to GRANT the Motion, and hereby ORDERS that the briefing schedule for resolution of Plaintiffs' appeal is amended as follows:

- Plaintiffs' Opening Motion: due March 16, 2022, not to exceed 40 pages;

- Defendant's Opposition and Cross-Motion: due 30 days after Plaintiffs' Opening Motion, not to exceed 40 pages;

ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DEADLINES - 1

- Plaintiffs' Opposition and Reply: due 20 days after the District's Opposition and Cross-Motion, not to exceed 20 pages; and
- Defendant's Reply: due 20 days after Plaintiffs' Opposition and Reply, not to exceed 20 pages.

Dated this 24th day of February, 2022.

*Lauren King*

Lauren King
United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DEADLINES - 2