UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATTIJO DANIELS, et al., <br><br> Plaintiff, <br><br> v. <br><br> NORTHSHORE SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. 2:21-cv-00580-LK-BAT <br><br> **ORDER DIRECTING FILING CERTIFIED RECORD UNDER SEAL** |

The parties' Motions and Replies reference the Administrative Record (AR) from the State of Washington Office of the Superintendent of Public Instruction. Dkts. 19-22. The AR, however, has not been filed. To ensure a complete record, and to permit the Court to review the factual grounds of some of the arguments presented, the Court ORDERS:

(1) By June 23, 2022, the AR shall be filed under SEAL because it contains information about a minor.

(2) The Clerk shall provide a copy of this order to the parties and the assigned District Judge.

DATED this 21st day of June, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING FILING CERTIFIED
RECORD UNDER SEAL - 1