UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATTIJO DANIELS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHSHORE SCHOOL DISTRICT , <br><br> Defendant. | CASE NO. 2:21-cv-00580-LK-BAT <br><br> **ORDER DIRECTING THE FILING OF MISSING PORTIONS OF THE RECORD UNDER SEAL** |

As directed by the Court, plaintiffs purported to file under seal 20 volumes of the certified record for review. Dkts. 25–41. Plaintiffs have, however, omitted Volume 9 (presumably Tr. 1814–2030); submitted as Volume 17 (presumably Tr. 3628–3859) a duplicate submission of Volume 16 (*see* Dkt. 40); and omitted altogether Volumes 19 and 20. The Court therefore **DIRECTS** plaintiffs to file under seal the missing Volumes 9, 17, 19, and 20 **by July 1, 2022**. If plaintiffs do not file the missing volumes, the Court will presume that plaintiffs are not relying on any information contained in the missing volumes. This would appear to be a counterproductive approach given the challenged ALJ's decision is contained in missing pages Tr. 1993–2030. The Court further notes that the case number is now C21-580-**LK** (not C21-580-**JLR**), and plaintiffs' filings going forward should reflect that change.

DATED this 27th day of June, 2022.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING THE FILING OF
MISSING PORTIONS OF THE RECORD
UNDER SEAL - 2