UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATTIJO DANIELS and GARY DANIELS, for themselves and as parents of P.D., a minor, | CASE NO. 2:21-cv-00580-LK |
| Plaintiffs, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| NORTHSHORE SCHOOL DISTRICT, | |
| Defendant. | |

This matter comes before the Court on Plaintiffs PattiJo and Gary Daniels' appeal of a decision by an Administrative Law Judge ("ALJ") finding that Defendant Northshore School District did not violate the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 *et seq.*, and did not deny their minor child, P.D., a free appropriate public education ("FAPE"). Dkt. Nos. 1, 19. The Honorable Brian A. Tsuchida, United States Magistrate Judge, issued a report and recommendation recommending that the Court deny the Daniels' appeal, affirm the ALJ's order, and grant judgment as a matter of law in favor of Northshore. Dkt. No. 47. There were no objections to Judge Tsuchida's report and recommendation.

1

2

3

4

5

6

7

8

9

10

11

This Court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which" a party objects. 28 U.S.C. § 636(b)(1)(C); *see* Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (same). The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); *see* Fed. R. Civ. P. 72(b)(3). However, the Federal Magistrates Act "does not on its face require any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1989); *see also Reyna-Tapia*, 328 F.3d at 1121 ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

12

13

14

Because there are no objections, the Court ADOPTS the report and recommendation, Dkt. No. 47, AFFIRMS the ALJ's order, and GRANTS judgment in favor of Northshore School District.

15

Dated this 6th day of February, 2023.

16

17

18

Lauren King
United States District Judge

19

20

21

22

23

24